**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 16 CV 7295 |
| | ) | Judge Leinenweber |
| v. | ) ) | |
| COMPREHENSIVE DECUBITUS THERAPY, INC., d/b/a ADVANCED TISSUE, and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Plaintiff Holt Healthcare Management Services, Inc. ("Plaintiff") and Defendant Comprehensive Decubitus Therapy, Inc., d/b/a Advanced Tissue ("Defendant") by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and without costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1-10 are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

Dated: March 14, 2017

Respectfully submitted,

| | |
|---|---|
| HOLT HEALTHCARE MANAGEMENT MANAGEMENT SERVICES, INC. | COMPREHENSIVE DECUBITUS THERAPY, INC., d/b/a ADVANCED TISSUE |
| */s/ Dulijaza Clark* | */s/ Mark P. Miller* |
| Daniel A. Edelman | Mark P. Miller |
| Dulijaza (Julie) Clark | Barnes & Thornburg LLP |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | One North Wacker Drive Suite 4400 |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60606 |
| Chicago, IL 60603 | P: (312) 214-5606 |
| P: (312) 739-4200 | F: (312) 759-5646 |
| F: (312) 419-0379 | |

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on March 14, 2017, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which shall cause service upon all counsel of record.


                                                                          */s/ Dulijaza Clark*
                                                                          Dulijaza Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)