# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Holt Healthcare Management Services, Inc.

        Plaintiff,

v.        Case No.: 1:16−cv−07295

        Honorable Harry D. Leinenweber

Comprehensive Decubitus Therapy, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 17, 2017:

    MINUTE entry before the Honorable Harry D. Leinenweber:Pursuant to the Stipulation [34], plaintiff's individual claims against defendant is dismissed with prejudice and without costs. Plaintiff's class claims against defendant are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1−10 are dismissed without prejudice and without costs. Status hearing stricken.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.